| ATTORNEY OR PARTY WITHOUT ATTORNEY, and Address) | TELEP. NO. | FOR COURT USE ONLY |
|---|---|---|
| LAW OFFICES OF P. RANDALL NOAH<br>8 CAMINO ENCINAS<br>SUITE 220<br>ORINDA    CA 94563 | 925.253-5540<br>Ref. No. or File No.<br>207-110 | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT CT NORTHERN DISTRICT OFFICES
450 GOLDEN GATE AVE        SAN FRANCISCO, CA. 94102

SHORT TITLE OF CASE:
RICHCREEK vs UNUM LIFE

| DATE: 074442 | TIME: | DEPT./DIV. | CASE NUMBER: C07-057230 WHA |
|---|---|---|---|

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS IN A CIVIL CASE; COMPLAINT;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE;
SUPPLEMENTAL ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE;
ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY

ON: **UNUM LIFE INSURANCE**
COMPANY OF AMERICA

AT: CT CORPORATION SYSTEM
818 WEST SEVENTH STREET
LOS ANGELES    CA 90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

Margaret Wilson

WHOSE TITLE IS: Process Specialist for CT Corp

ON: 11/21/07    AT: 11:30 am

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: Richard Gari        FEE FOR SERVICE:    .00

Carson Attorney Service
P.O. Box 4910 (94596-0910)
2158 North Main Street, Suite E
Walnut Creek, CA 94596-3708
Tel. (925) 945-1922 • Fax (925) 945-1771

Registered California process server ☑
(1) ☐ Employee  ☑ Independent contractor
(2) Registration No. 4047
(3) County: Los Angeles
(4) Expiration Date: 9/12/09

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/30/07        ► SIGNATURE