1  **LAW OFFICES OF P. RANDALL NOAH**
   P. RANDALL NOAH – State Bar No. 130892
2  8 Camino Encinas, Suite 200
   Orinda, California  94563
3  Telephone (925) 253-5440
   Facsimile: (925) 253-5442
4
   Attorneys for Plaintiff
5  RITA RICHCREEK

6  **RIMAC & MARTIN, P.C.**
   JOSEPH M. RIMAC - State Bar No.  72381
7  ANNA M. MARTIN - State Bar No. 154279
   amartin@rimacmartin.com
8  1051 Divisadero Street
   San Francisco, California 94115
9  Telephone (415) 561-8440
   Facsimile (415) 561-8430
10
   Attorneys for Defendants
11 UNUM LIFE INSURANCE COMPANY OF AMERICA

12

13                    **UNITED STATES DISTRICT COURT**

14              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16                                          *E-FILING*

17 RITA RICHCREEK,                    )
                                      )   **CASE NO.  C07–05730 WHA**
18              Plaintiff,            )
                                      )   **STIPULATION TO ENLARGE TIME TO**
19       vs.                          )   **RESPOND TO COMPLAINT**
                                      )
20 UNUM LIFE INSURANCE COMPANY OF     )
   AMERICA,                           )
21                                    )
                Defendant.            )
22 _____ )

23      **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

24 respective attorneys of record herein, that the time for defendant to respond to plaintiff's

25 complaint be enlarged by two weeks.  Defendant's response is currently due on December 21,

26 2007 and it is stipulated that defendant may have up to and including January 4, 2008 to respond.

27      Good cause exists therefor in that defense counsel has just received a copy of the

28 administrative record in this matter and requires time to review the materials and formulate a

1  response to plaintiff's complaint, given the time constraints presented by the holiday period in

2  the last week of December 2007.

3          Pursuant to local rules, this document is being electronically filed through the Court's

4  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this

5  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

6  concurred with the filing of this document; and (3) a record supporting this concurrence is

7  available for inspection or production if so ordered.

8          **SO STIPULATED.**

9                                                      RIMAC & MARTIN, P.C.

10

11  DATED:  December 18, 2007          By:     _/s/ ANNA M. MARTIN_____
                                                ANNA M. MARTIN
12                                              Attorneys for Defendant
                                                UNUM LIFE INSURANCE COMPANY OF
13                                              AMERICA

14
                                                LAW OFFICES OF P. RANDALL NOAH
15

16

17  DATED:  December 18, 2007          By:     _/s/ P. RANDALL NOAH_____
                                                P. RANDALL NOAH
18                                              Attorneys for Plaintiff
                                                RITA RICHCREEK

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT                                    CASE NO.  C 07-05730 WHA