UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 21, 2008

Case No.  C 07-05730 WHA

Title: RIT RICHCREEK v. UNUM LIFE INS

Plaintiff Attorneys: Chandler Visher

Defense Attorneys:

Deputy Clerk:  Dawn Toland            Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   CMC - HELD

2)   

Continued to  for Tutorial

Continued to  for Pretrial Conference

Continued to  for Bench Trial

**ORDERED AFTER HEARING:**

Defendant shall file a motion for summary judgment and the administrative record by 4/17/08 for hearing on a 35 day track.