**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AMENDED CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 21, 2008

Case No.  C 07-05730 WHA

Title: RITA RICHCREEK v. UNUM LIFE INS

Plaintiff Attorneys: Randy Noah

Defense Attorneys: Bill Reily

Deputy Clerk:  Dawn Toland          Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)    CMC - HELD

2)    

Continued to  for Tutorial

Continued to  for Pretrial Conference

Continued to  for Bench Trial

**ORDERED AFTER HEARING:**

Defendant shall file a motion for summary judgment and administrative record by 4/17/08 for hearing on a 35 day notice.