| | |
|---|---|
| 1 | **LAW OFFICES OF P. RANDALL NOAH**<br>P. RANDALL NOAH – State Bar No. 130892 |
| 2 | 8 Camino Encinas, Suite 200<br>Orinda, California  94563 |
| 3 | Telephone (925) 253-5440<br>Facsimile: (925) 253-5442 |
| 4 | |
| 5 | Attorneys for Plaintiff<br>RITA RICHCREEK |
| 6 | **RIMAC & MARTIN, P.C.**<br>JOSEPH M. RIMAC - State Bar No.  72381 |
| 7 | ANNA M. MARTIN - State Bar No. 154279<br>amartin@rimacmartin.com |
| 8 | 1051 Divisadero Street<br>San Francisco, California 94115 |
| 9 | Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |
| 10 | |
| 11 | Attorneys for Defendants<br>UNUM LIFE INSURANCE COMPANY OF AMERICA |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

*E-FILING*

| | | |
|---|---|---|
| RITA RICHCREEK,<br><br>              Plaintiff,<br><br>       vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>              Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO. C07–05730 WHA**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action, UNUM LIFE INSURANCE COMPANY OF AMERICA and RITA RICHCREEK, through their designated counsel of record herein, that the above-captioned action be, and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

Each party shall bear its own costs and attorneys' fees in this action.

/ / /

---

-1-

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**AND ORDER THEREON**                                                                   **CASE NO.  C 07-05730 WHA**

1     Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has signed this document; and (3) the signed document is available for inspection upon request.

**SO STIPULATED.**

RIMAC & MARTIN, P.C.

DATED: April 17, 2008    By:    /s/ **ANNA M. MARTIN**
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

LAW OFFICES OF P. RANDALL NOAH

DATED: April 17, 2008    By:    /s/ **P. RANDALL NOAH**
P. RANDALL NOAH
Attorneys for Plaintiff
RITA RICHCREEK

**ORDER**

**SO ORDERED.**

DATED: _____    _____
    UNITED STATES DISTRICT COURT JUDGE