**LAW OFFICES OF P. RANDALL NOAH**
P. RANDALL NOAH – State Bar No. 130892
8 Camino Encinas, Suite 200
Orinda, California 94563
Telephone (925) 253-5440
Facsimile: (925) 253-5442

Attorneys for Plaintiff
RITA RICHCREEK

**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| RITA RICHCREEK, | ) CASE NO. C07–05730 WHA |
| Plaintiff, | ) |
| vs. | ) STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties to this action, UNUM LIFE INSURANCE COMPANY OF AMERICA and RITA RICHCREEK, through their designated counsel of record herein, that the above-captioned action be, and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

Each party shall bear its own costs and attorneys' fees in this action.

/ / /

---

-1-
STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER THEREON                                      CASE NO. C 07-05730 WHA

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has signed this document; and (3) the signed document is available for inspection upon request.

**SO STIPULATED.**

RIMAC & MARTIN, P.C.

DATED: April 17, 2008          By:    /s/ **Anna M. Martin**
                                      ANNA M. MARTIN
                                      Attorneys for Defendant
                                      UNUM LIFE INSURANCE COMPANY OF AMERICA

LAW OFFICES OF P. RANDALL NOAH

DATED: April 17, 2008          By:    /s/ **P. Randall Noah**
                                      P. RANDALL NOAH
                                      Attorneys for Plaintiff
                                      RITA RICHCREEK

**ORDER**

**SO ORDERED.**

DATED: April 21, 2008.
                                      _____
                                      UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

---

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER THEREON                                    CASE NO. C 07-05730 WHA